NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOBBY JERMAINE TAYLOR,     )
)
     Appellant,     )
)
v.     )     Case No. 2D17-1559
)
STATE OF FLORIDA,     )
)
     Appellee.     )
_____)

Opinion filed July 11, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

Howard L. Dimmig, II, Public Defender and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, for Appellee.


PER CURIAM.


     Affirmed.


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.